UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE L. COLBERT,<br><br>    Plaintiff,<br><br>v.<br><br>SAGE POITN LENDER SERVICES, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01626 - LJO - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JANUARY 29, 2015 (Doc. 14)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR LEAVE TO FILE AN AMENDED COMPLAINT (Doc. 15) |

On January 29, 2015, the Court issued an order to Plaintiff Adrienne Colbert to show cause why the action should not be dismissed for Plaintiff's failure prosecute, failure to file an amended complaint and failure comply with the Court's order. (Doc. 14.) In the alternative, the Court Plaintiff was to file an amended complaint. (*Id.*) On February 12, 2015, Plaintiff filed a "Request for Leave to Amend Complaint" (Doc. 15) and an amended complaint (Doc. 16). Notably, Plaintiff's motion to file an amended complaint (Doc. 15) is moot given the Court had already granted Plaintiff leave. (Doc. 14)

Accordingly, **IT IS HEREBY ORDERED:**

1. The Order to Show Cause dated January 29, 2015 (Doc. 14) is **DISCHARGED**; and

2. Plaintiff's request to for leave to file an amended complaint (Doc. 15) is **MOOT**.

IT IS SO ORDERED.

Dated:   **February 17, 2015**             /s/ Jennifer L. Thurston
                                                           UNITED STATES MAGISTRATE JUDGE